# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IGAS HOLDINGS, INC., et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL ) <br> PROTECTION AGENCY, et al., ) <br> ) <br> Respondents. ) | Case No. 23-1261 <br> (with No. 23-1263) |

## PETITIONERS' NON-BINDING
## STATEMENT OF ISSUES TO BE RAISED

Petitioners IGas Holdings, Inc.; IGas USA, Inc.; BMP USA, Inc.; BMP International Inc.; L.M. Supply, Inc.; Cool Master U.S.A., LLC; Assured Comfort A/C, Inc.; Scales N Stuff, Inc.; Golden G Imports LLC; RAMJ Enterprises Inc.; and JPRP International, Inc. state their intent to raise this issue in the briefing on the merits of its petition for review. In stating this issue, Petitioners reserve the right to raise any and all issues, regardless of whether they are listed below.

1.  Whether the Environmental Protection Agency's final rule concerning "Phasedown of Hydrofluorocarbons: Allowance Allocation Methodology for 2024 and Later Years," 88 Fed. Reg. 46,836 (July 20, 2023) is arbitrary and capricious because EPA failed to give adequate

reasons for excluding 2020 and/or 2021 production and consumption activity data from the methodology for allocating hydrofluorocarbon production and consumption allowances for calendar years 2024 through 2028.

Dated: October 13, 2023                    Respectfully submitted,

/s/ *JoAnn T. Sandifer*
JOANN T. SANDIFER
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
314.480.1833
joann.sandifer@huschblackwell.com

DANIEL G. SOLOMON
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20006
202.378.2391
danny.solomon@huschblackwell.com

JAMIE SHOOKMAN
HUSCH BLACKWELL LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202-5502
414.978.5356
jamie.shookman@huschblackwell.com

*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                       */s/ JoAnn T. Sandifer*