| | |
|---|---|
| **No. 23-1261** | **September Term, 2024** |
| | EPA-88FR46836 |
| | **Filed On: February 13, 2025** [2100599] |

IGas Holdings, Inc., et al.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Air-Conditioning, Heating, and Refrigeration Institute and Alliance for Responsible Atmospheric Policy,
      Intervenors

------------------------------

Consolidated with 23-1263

    **BEFORE:**    Pillard, Pan, and Garcia, Circuit Judges

### O R D E R

    Upon consideration of respondents' motion to hold case in abeyance, and the oppositions thereto, it is

    **ORDERED** that the motion be denied.

### Per Curiam

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                        BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk