UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

iGAS Holdings, Inc., *et al.*,

Petitioners,

v.                                                                        Case No. 23-1261, 23-1262

United States Environmental
Protection Agency,

Respondent,

### NOTICE OF APPEARANCE/SUBSTITUTION OF COUNSEL

**COMES NOW** Respondent Environmental Protection Agency, which notices the appearance of Daniel Martin as lead counsel in substitution of Sarah A. Buckley, who hereby withdraws her appearance in this matter. The undersigned requests that his appearance be noted and that he be served with copies of any and all future motions, notices, or other documents filed in this civil action from this date forward.

    ADAM GUSTAFSON
    Acting Assistant Attorney General

    */s/     Daniel J. Martin*
    DANIEL J. MARTIN
    U.S. Department of Justice
    Environmental Defense Section
    P.O. Box 7611
    Washington, D.C. 20044
    Phone: (202) 307-1056
    Email: Daniel.Martin3@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

           */s/ Daniel Martin*
           Daniel Martin