| | |
|---|---|
| No. 23-1261 | September Term, 2025 |
| | EPA-88FR46836 |
| | **Filed On:** September 30, 2025 |

IGas Holdings, Inc., et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Air-Conditioning, Heating, and Refrigeration Institute and Alliance for Responsible Atmospheric Policy,
    Intervenors

------------------------------

Consolidated with 23-1263

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

# O R D E R

Upon consideration of petitioner RMS of Georgia, LLC's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                            BY:    /s/
                                       Daniel J. Reidy
                                       Deputy Clerk