# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1261**                    **September Term, 2025**

**EPA-88FR46836**

**Filed On: October 8, 2025** [2139514]

IGas Holdings, Inc., et al.,

       Petitioners

    v.

Environmental Protection Agency,

       Respondent

------------------------------

Air-Conditioning, Heating, and Refrigeration
Institute and Alliance for Responsible
Atmospheric Policy,
         Intervenors
------------------------------

Consolidated with 23-1263

### **M A N D A T E**

In accordance with the judgment of August 1, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:   /s/
               Daniel J. Reidy
               Deputy Clerk

Link to the judgment filed August 1, 2025